UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT SANTIAGO, on behalf of himself and others similarly situated,

    Plaintiff,

v.                                                 Case No: 2:14-cv-233-FtM-29DNF

GOLD2CASH, INC., a Florida profit corporation, GOLDEN OPERATIONS, INC., a Florida profit corporation, STEVEN SHAFFER, individually, ROBERT LOVETT, individually, and EUGENE OMAR, individually,

    Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #46), filed December 10, 2014, recommending that the Joint Stipulation of Dismissal With Prejudice (Doc. #45) be granted, the Settlement Agreement and FLSA Release (Doc. #45-1) be approved, that counsel reimburse the Court for the filing fee, and that the case be dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. §

636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #46) is hereby **adopted** and the findings **incorporated** herein.

2.   The parties' Joint Stipulation of Dismissal With Prejudice (Doc. #45) is **granted** and the Settlement Agreement and General Release (Doc. #45-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3.   Upon receipt of the settlement proceeds, plaintiff shall reimburse the Court for the filing fee of $400.00.

4.   The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___29th___ day of December, 2014.

*[signature: John E. Steele]*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties